

**ORDERED in the Southern District of Florida on June 13, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.: 14-17393-BKC-PGH**
PROCEEDING UNDER CHAPTER 13

IN RE:

WILLIAM VONN EDWARDS
XXX-XX-9125
BRENDA LEE EDWARDS
XXX-XX-1006

DEBTORS_____/

### ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

**THIS CAUSE** came to be heard on Jun 12, 2014 for confirmation of a proposed Chapter 13 Plan, and based upon the record, it is

**ORDERED**:

1. To facilitate the administration of this case, any and all interim pre-confirmation payments made to Robin R. Weiner, Standing Chapter 13 Trustee ("Trustee") shall be deemed non-refundable to the Debtors.

2. The Trustee shall hold any and all interim pre-confirmation payments pending confirmation, conversion, or dismissal of the case.

3. If for any reason, the case is dismissed or converted to any other Chapter in bankruptcy the Trustee shall disburse in the normal course all pre-confirmation payments to the administrative, secured, and priority creditors on a pro-rata basis, in accordance with the last filed Plan, less all applicable Trustee's fees and costs.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
WILLIAM VONN EDWARDS
BRENDA LEE EDWARDS
4181 127TH TRAIL NORTH
ROYAL PALM BEACH, FL  33411

**ATTORNEY FOR DEBTORS**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, PA
1700 UNIVERSITY DRIVE
SUITE 210
CORAL SPRINGS, FL  33071

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.