UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**     CASE NO.: 14-17393-PGH

☒   2nd   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐          Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: EDWARDS, WILLIAM VONN      JOINT DEBTOR: EDWARDS, BRENDA LEE

Last Four Digits of SS#   XXX-XX-9125      Last Four Digits of SS#   XXX-XX-1006

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.    $ 670.41    for months   1   to   5   ;
     B.    $ 670.70    for months   6   to   60   ;
     C.    $_____ for months _____ to _____ in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee   $ 3,500.00 + $775.00 (M2Value Real Property) + $525.00 (M2Value Personal Property) = $4,800.00
                  TOTAL PAID   $ 2,000.00
                  Balance Due   $ 2,800.00   payable $ 560.00 month (Months 1 to 5 )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____/month (Months_____ to _____)
_____    Regular Payment $_____/month (Months_____ to _____)
Loan #    Arrears Payment $_____/month (Months_____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Acct.# xxxx0258 | $168,000.00 Homestead Property located at 4181 127th Trail North, West Palm Beach, FL 33411 | 0.00% | $0.00 | N/A | $0.00 |
| Secured Creditor | Pay Off Amount & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
| Freedom Road Financial Acct.# xxxx0940 | $9,912.42 2009 Harley Davidson | 5.25% | $49.46 $200.82 | 1 – 5 6 - 60 | $11,292.00 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                  Payable    $_____/month (Months _____ to _____)

<u>Unsecured Creditors</u>: Pay $ 0.00 month (Months 1 to 5 ); $ 408.90 month (Months 6 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtors will continue making direct payments to Wells Fargo Home Mortgage (Acct.# 9684), and Palm Beach County Tax Collector, secured by their Homestead property located at 4181 127th Trail North, West Palm Beach, FL 33411, outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____          _____/s/_____
Debtor                             Joint Debtor
Date: August 6, 2014         Date: August 6, 2014

LF-31(rev. 8/01/06)